**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
:
RODNEY L. WYATT,          :
                          :        **Civ. No. 18-13680 (RMB)**
       Petitioner         :
                          :        **OPINION**
                          :
WARDEN DAVID ORTIZ,       :
                          :
       Respondent         :
_____:

**BUMB**, United States District Judge

Petitioner Rodney L. Wyatt is a prisoner who was incarcerated in the Federal Correctional Institution ("FCI") in Fort Dix, New Jersey when he filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his loss of good time credits after a prison disciplinary hearing. (Pet., ECF No. 1.) The Court administratively terminated this matter because Petitioner did not pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Order, ECF No. 3.) The Court has now received Petitioner's filing fee. In the meantime, however, on February 11, 2019, legal mail sent to Petitioner at his last known address was returned to the Court as undeliverable because Petitioner is no longer at FCI Fort Dix. (ECF No. 4.)

I.   DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See <u>Archie v. Dept. of Corr.</u>, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1  An appropriate order follows.

DATE: February 27, 2019

                                      s/Renée Marie Bumb
                                      **RENÉE MARIE BUMB**
                                      **UNITED STATES DISTRICT JUDGE**