**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| RODNEY L. WYATT, <br><br> Petitioner <br><br> v. <br><br> WARDEN DAVID ORTIZ, <br><br> Respondent | **Civil Action No. 18-13680(RMB)** <br><br><br> **OPINION** |

**BUMB, District Judge**

On September 7, 2018, Petitioner, incarcerated in the Federal Correctional Institution in Fort Dix, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Pet., ECF No. 1.) On February 27, 2019, the case was dismissed without prejudice but later reopened. (Orders, ECF Nos. 6, 10.) In October 2019, several pieces of legal mail sent to Petitioner were returned to the Court as undeliverable. (Returned Mail, ECF No. 17-19.) Petitioner did not advise the Court of his new address.

I. DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See <u>Archie v. Dept. of Corr.</u>, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

Mail sent to Petitioner's last known address was returned. To date, Petitioner has not informed the Court of his new address.

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1  An appropriate order follows.


Dated: March 19, 2020

<u>s/Renée Marie Bumb</u>
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**